UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC-SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC#: | |
| DATE FILED: | |

FRANKIE MONEGRO, *on behalf of himself and all others similarly situated,*

      Plaintiff,

v.

THE CARRINGTON TEA COMPANY,

      Defendant.

21-CV-1513 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  Plaintiff served Defendant in this matter on March 12, 2021. Dkt. 13. On March 25, the Court granted Defendant a sixty-day extension of time to file an answer or otherwise respond to the Complaint. Dkt. 12. Defendant's answer was therefore due on June 2, 2021. *Id*. To date, Defendant has not filed an answer. No later than July 9, 2021, Plaintiff shall notify the Court whether he intends to move for default judgment. **In the event Plaintiff fails to comply with this order, the Court may dismiss this action pursuant to Rule 41(b). See Fed. R. Civ. P. 41(b).**

SO ORDERED.

Dated: June 30, 2021
    New York, New York

                 RONNIE ABRAMS
                 United States District Judge